**GOHN, HANKEY & STICHEL, LLP**
SUITE 1520, THE FIDELITY BUILDING
210 NORTH CHARLES STREET
BALTIMORE, MARYLAND 21201
TELEPHONE 410-752-0412
FACSIMILE 410-752-2519

**H. MARK STICHEL**
DIRECT DIAL 410-752-1658
hmstichel@ghsllp.com

TOWSON OFFICE
SUITE 803, 401 WASHINGTON AVENUE
TOWSON, MARYLAND 21204
TELEPHONE 410-296-8166
FACSIMILE 410-494-8796

June 7, 2001

**HAND DELIVERED**
The Honorable Andre M. Davis
United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Richard B. Maltas v. Michael L and Mary Ellen Maltas,
            Civil Action No. AMD-00-3671

Dear Judge Davis:

    Richard B. Maltas, the plaintiff and my client, died in April. Consequently, discovery has not proceeded in the case. I would like to request that the Court extend the discovery deadline in the case from June 13, 2001, until September 13, 2001. Mr. Hollmann, counsel for the defendants, has reviewed this letter and consents to my request.

    Although Mr. Holman and I had discussed the extension several weeks ago, I was waiting to approach the Court until a personal representative had been appointed for Mr. Maltas's estate. Mr. Maltas's will has been submitted for probate in the Superior Court of Alaska, Third Judicial District (Case No. 3AN-010744PR). It is my understanding that the Superior Court should issue letters testamentary within the next week or two. When a personal representative has been appointed for the Estate, I will file for leave to substitute the personal representative of the Estate for Mr. Maltas as the plaintiff in the present case.

    I appreciate the Court's consideration of this matter.

Respectfully yours,

APPROVED
[signature]
6/7/2001

H. Mark Stichel

cc: Douglas Clark Hollmann, Esquire