IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RICHARD B. MALTAS,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No. AMD 00CV3671 |
| **MICHAEL L. MALTAS,** | * | |
| **MARY ELLEN MALTAS,** | * | |
| **Defendants.** | | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Upon John T. Maltas' Motion for Substitution of Parties, it is this 16th day of August, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. The Motion to Substitute Parties is GRANTED;

2. John T. Maltas, as personal representative of the Estate of Richard B. Maltas, is substituted as plaintiff in the present case.

_____
The Honorable Andre M. Davis
United States District Judge