IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN T. MALTAS, PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD B. MALTAS, DECEASED, | * * * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No. AMD 00CV3671 |
| MICHAEL L. MALTAS, MARY ELLEN MALTAS, | * * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Upon John T. Maltas, Michael L. Maltas and Mary Ellen Maltas' Joint Motion to Amend the Scheduling Order, it is this 27th day of August, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. The Joint Motion to Amend the Scheduling Order is GRANTED;

2. The following dates are substituted for those in the original scheduling order dated January 29, 2001:

| | |
|---|---|
| Discovery Deadline; Submission of Status Report | November 16, 2001 |
| Requests for Admission | November 23, 2001 |
| Dispositive Pretrial Motions Deadline | December 16, 2001 |

The Honorable Andre M. Davis
United States District Judge