| | | |
|---|---|---|
| GOHN,<br>HANKEY &<br>STICHEL, LLP | 210 North Charles Street<br>Suite 1520<br>Baltimore, Maryland 21201<br>410-752-9300<br>Fax 410-752-2519 | H. Mark Stichel<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |



RECEIVED IN THE OFFICE OF
ANDRE M. DAVIS

NOV 20 2001

UNITED STATES DISTRICT JUDGE

November 16, 2001

**HAND DELIVERED**
The Honorable Andre M. Davis
United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

  Re: Richard B. Maltas v. Michael L. and Mary Ellen Maltas,
    <u>Civil Action No. AMD-00-3671</u>

Dear Judge Davis:

  All parties would like to request that the Court extend the discovery deadline in the above referenced case from November 16, 2001, until December 17, 2001. Some difficulty has been encountered in arranging a deposition in Connecticut of an important witness, and will require additional time to complete. Mr. Hollmann, counsel for the defendants, has reviewed this letter and consents to the request.

  I appreciate the Court's consideration of this matter.

               Respectfully yours,

               H. Mark Stichel

cc: Douglas Clark Hollmann, Esquire

11/20/2001

APPROVED