IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN T. MALTAS, Personal
Representative of the Estate of
Richard B. Maltas, Deceased,
    Plaintiff

v.                              Civil No. AMD 00-3671

MICHAEL L. MALTAS and MARY
ELLEN MALTAS,
    Defendants

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 26th day of April, 2002, by the United States District Court for the District of Maryland, ORDERED

(1) That the defendants' motion to dismiss or in the alternative for summary judgment is GRANTED; and it is further ORDERED

(2) That JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF; and it is further ORDERED

(3) That the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to the attorneys of record.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE