UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

May 24, 2002

MAY 2 4 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT,
DISTRICT OF MARYLAND
BY                  DEPUTY

MEMORANDUM TO COUNSEL RE:    Maltas v. Maltas
                              Civ. No. AMD 00-3671

I have in hand the motion for reconsideration. It has been read and considered (together with the defendants' opposition).

Perhaps this would have been a different case if Brian (and Marilyn) Maltas had not been involved in the 1992 arrangements for the decedent to move in with the defendants and, shortly thereafter, to memorialize the arrangement through the services of Mannion. But they were involved, and that fact, together with all the other facts and circumstances discussed in the April 26, 2002, Order, simply leaves no substantial evidence to support the suggestion that the manner in which the defendants took possession of the $100,000 was in any sense improper. There was no overreaching. Furthermore, as the matter developed, the 1993 quitclaim deed was of no moment.

As for the addition that was never built, there is no intellectually honest way to find that there was a confidential relationship in respect to less than the full $100,000 (and of course $5000 was returned to the decedent).

I sincerely hope this family can heal itself in due course, but there is no basis to vacate the prior Order, and the motion for reconsideration is DENIED.

Despite the informal nature of this ruling, it is an Order of Court and the clerk shall docket is as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

