**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

July 25, 2003

MEMORANDUM TO COUNSEL RE:

Maltas v. Maltas
Civ. No. AMD 00-3671

    I have restored this case to the docket. If I understand the strange opinion issued by the Fourth Circuit, and I am certain that I do not, the court has concluded as a matter of law that the transfer of funds to defendants constituted the creation of a trust. Thus, all the attention we gave to the deeds, etc., is quite beside the point, because the dispositive issue is what Mr. Maltas intended when he created the trust, i.e., when he effected the transfer. I further think I understand that we are now to have a (non-jury?) trial at which plaintiff must carry the burden to establish the terms of the oral trust thus created.

    Please let me have your views on any and all issues (and your corrections of my understanding of the mandate) on or before August 15, 2003.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt