# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0801**
**FAX (410) 962-0820**
**MDDAMDChambers@mdd.uscourts.gov**

August 18, 2003

MEMORANDUM TO COUNSEL RE:

Maltas v. Maltas
Case No. AMD 00-3671

I thank Mr. Stichel for his response to my July 25, 2003, Memorandum to Counsel. When might I expect Mr. Hollmann's response?

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt