August 18, 2003

The Honorable Andre M. Davis
United States District Judge
United States District Court
   for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

     Re:    **Maltas v. Maltas**
              **Civ. No. AMD 00-3671**

Dear Judge Davis::

     In response to your letter of July 25, 2003, I am not clear as to the scope of the opinion rereturning the above case to the District Court , other than that a trial must be held.  It does appear to me that the issue for the Court to decide is the nature of the actions on the part of Mr. Maltas in the early 1990s, and whether such conduct on the part of Mr. Maltas and my clients rose to the level of a trust.  I have spoken with Mr. Stichel and we agree that a conference with you would be helpful to us in determining where we go from here.  We also agree that the trial of this matter can be conducted in approximately one day.

     If there is anything else I can add, please contact me.

                                Sincerely,

                                Douglas Clark Hollmann

DCH:jt
cc:   Mr. & Mrs. Michael Maltas
       H. Mark Stichel, Esquire

maltas-\davis-ltr-1