**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>MDDAMDChambers@mdd.uscourts.gov |

September 9, 2003

MEMORANDUM TO COUNSEL RE:    Maltas v. Maltas
                              Case No.  AMD 00-3671

    Per our conference call, this is to confirm that the above titled case is scheduled for a two-day jury trial to commence on Tuesday, November 18, 2003, at 9:30 a.m.

    Very truly yours,

    /s/

    Andre M. Davis
    United States District Judge

AMD:tt