IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN T. MALTAS, Personal Representative of the Estate of RICHARD B. MALTAS, Deceased,<br>         Plaintiff<br><br>         v.<br><br>MICHAEL L. MALTAS and MARY ELLEN MALTAS,<br>         Defendants | :<br>:<br>:<br>:<br>:<br>:   Civil No. AMD-00-3671<br>:<br>:<br>:<br>: |

...o0o...

J U D G M E N T

This matter came on for trial before the Court and a Jury, Honorable Andre M. Davis, United States District Judge, presiding. The remaining issues were heard and the jury having duly rendered its verdict, it is this 25th day of November, 2003, ORDERED

1. That judgment is entered in favor of defendants against plaintiffs; and

2. Any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____/s/ _____
ANDRE M. DAVIS
United States District Judge