IN THE UNITED STATES DISTRICT COURT     5/95
FOR THE DISTRICT OF MARYLAND

MALTSE

v                               Civil No. AMD-00-3671

MALTSE

**ORDER**

The United States Marshal is directed to provide meals, lodging, or refreshments for the jury and bailiff while the jury is deliberating.

<u>DATE</u>                            <u>JURY RECEIVED</u> *

November 23, 2003             <u>8</u> Lunches from Chef Palino's

It is so ORDERED this 25 day of November 2003

Felicia Cannon, Clerk

By _____

*(Breakfast, Lunch, Dinner or Refreshments for each day)

**ATTACHED RESTAURANT RECEIPTS**